# Corbin *v.* The State.

### Crime.

(Decided June 30, 1916.   Rehearing stricken August 1, 1916.
72 South. 505.)

Bill of Exceptions; Presentation; Time.—The date of the judgment of conviction and not of the pronouncement of the sentence, governs and fixes the time within which the bill of exceptions must be presented to the trial judge, and where the bill of exceptions is not presented within 90 days from the date of conviction, the bill will be stricken.

APPEAL from Jefferson Criminal Court.

Heard before Hon. WILLIAM E. FORT.

James Corbin was convicted of crime and he appeals.  The bill of exceptions stricken and the cause affirmed.

R. D. COFFMAN, for appellant.   W. L. MARTIN, Attorney General, and HARWELL G. DAVIS, Assistant Attorney General, for the State.

BROWN, J.—The judgment of conviction from which this appeal is prosecuted was rendered on October 8, 1915, and the bill of exceptions was not presented to the trial judge until January 8, 1916, more than 90 days from the rendition of the judgment.   It is true that sentence was not pronounced against the defendant until the 6th day of November, 1915; but the date of the judgment of conviction governs in fixing the time within which a bill of exceptions must be presented, and the motion of the Attorney General to strike the bill of exceptions in this case is granted.—*Harper v. State*, 13 Ala. App. 47, 69 South. 302; *McGay v. State*, 183 Ala. 41, 63 South. 70; *McOllister v. State*, 183 Ala. 8, 62 South. 767; *Tuggle v. Wilson*, 179 Ala. 671, 60 South. 391.

The proceedings of the trial court as shown by the record proper appear regular and free from error.

Affirmed.